■  ■  ■  ■  ■

## GREENE & MARKLEY, P.C.

ATTORNEYS

1515 SW FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201-5492

TELEPHONE: (503) 295-2668
FACSIMILE: (503) 224-8434
E-MAIL: email@greenemarkley.com

charles.markley@greenemarkley.com

May 29, 2013

Honorable Joseph C. Spero
Magistrate Judge
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:  *Willamette Green Innovation Center, LLC v. Quartis Capital Partners, et al.*
USDC Northern District of CA Case No. 3:13-cv-00848-JCS

Dear Judge:

This office represents plaintiff Willamette Green Innovation Center, LLC in the above matter.  Counsel for plaintiff has its office in Portland, Oregon and has no office in California.

Defendant was just recently served with the summons and complaint in The Netherlands.  Plaintiff has received no contact from defendant or any lawyer on behalf of defendant.

There is a Case Management Conference scheduled before you on Friday, May 31, 2013 at 1:30.  We would request to appear by telephone at (503) 295-2668.

IT IS HEREBY ORDERED THAT
Mr. Markley shall be on phone stand-
by beginning at 1:30 PM and await
the Court's call.
Dated: 5/30/13

Very truly yours,

GREENE & MARKLEY, P.C.

Charles R. Markley

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

CRM/nc

\G:\Clients\7458\001\L spero re case management conf