UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLAMETTE GREEN INNOVATION CENTER, LLC<br><br>　　　　Plaintiffs.<br>　　v.<br><br>QUARTIS CAPITAL PARTNERS,<br><br>　　　　Defendants. | Case No. 13-cv-00848-JCS<br><br>**ORDER TO SHOW CAUSE AND FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following case management conference held on **May 31, 2013,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall appear on **September 6, 2013, at 1:30 PM**, and then and there show cause why this case should not be dismissed for failure to serve Defendant.

2. An updated case management conference statement shall be due by August 30, 2013.

3. A further case management conference is set for **September 6, 2013, at 1:30 PM.**

IT IS SO ORDERED.

Dated: June 6, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge