UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLAMETTE GREEN INNOVATION CENTER, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>QUARTIS CAPITAL PARTNERS, et al.,<br><br>    Defendants. | Case No. 13-cv-00848-JCS<br><br>**ORDER CONTINUING SHOW CAUSE HEARING AND CASE MANAGEMENT CONFERENCE AND REQUESTING ADDITIONAL RESPONSE** |

The Court is in receipt of Plaintiff's response to its Order to Show Cause. *See* Docket No. 13. The Court requests an additional response specifically addressing whether service was proper: 1) as to Quartis Capital Partners ("Quartis"); and 2) as to the Dr. A. Chabi Family Trust ("the Trust"). In particular, Plaintiff should address whether Mr. de Gooyer is authorized to accept service on behalf of those Defendants and whether applicable law permits Plaintiff to effect service on Quartis and the Trust by serving the complaint on Mr. de Gooyer. Plaintiff shall file a responsive brief by August 27, 2013. The Court continues the Further Case Management Conference and Show Cause hearing set for September 6, 2013 at 1:30 p.m., to **September 20, 2013 at 1:30 p.m**. Plaintiff's Case Management Statement shall be filed by September 13, 2013.

    **IT IS SO ORDERED.**

Dated: August 21, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge