sherri.martinelli@greenemarkley.com

September 11, 2013

*Via ECF*
Honorable Joseph C. Spero
Magistrate Judge
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *Willamette Green Innovation Center, LLC v. Quartis Capital Partners, et al.*
             USDC Northern District of CA Case No. 3:13-cv-00848-JCS

Dear Judge:

    This office represents plaintiff Willamette Green Innovation Center, LLC in the above matter.  Counsel for plaintiff has its office in Portland, Oregon and has no office in California.

    There is a Case Management Conference scheduled before you on Friday, September 20, 2013 at 1:30 p.m.  We would request to appear by telephone at (503) 295-2668.

IT IS HEREBY ORDERED that
Ms. Martinelli shall be on phone standby
beginning at 1:30 PM and await the
Court's call.
Dated: 9/12/13

Very truly yours,

GREENE & MARKLEY, P.C.

/s/Sherri D. Martinelli
Sherri D. Martinelli

SDM/ljp

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

\G:\Clients\7458\001\L Judge Spero re appear by phone 9-11-13.wpd