

# GREENE & MARKLEY, P.C.

ATTORNEYS

1515 SW FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201-5492

TELEPHONE: (503) 295-2668
FACSIMILE: (503) 224-8434
E-MAIL: email@greenemarkley.com

sherri.martinelli@greenemarkley.com

November 1, 2013

*Via ECF*
Honorable Joseph C. Spero
Magistrate Judge
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

  Re: *Willamette Green Innovation Center, LLC v. Quartis Capital Partners, et al.*
    USDC Northern District of CA Case No. 3:13-cv-00848-JCS

Dear Honorable Spero:

  This office represents plaintiff Willamette Green Innovation Center, LLC in the above matter.  Counsel for plaintiff has its office in Portland, Oregon and has no office in California.

  There is a hearing regarding our motion for default judgment scheduled before you on Friday, November 22, 2013 at 9:30 a.m.  We would request to appear by telephone at (503) 295-2668.

  Thank you for your consideration.

Dated: 11/5/13

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

GREENE & MARKLEY, P.C.

/s/Sherri D. Martinelli

Sherri D. Martinelli

SDM/lp

\G:\Clients\7458\001\L Judge Spero re appear by phone 11-1-13.wpd